

**FILED**

*KVAS*

**JUN 2 1 2010**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Karin Frank
8378 Hillsbrook Drive
Antelope, CA 95843
(916) 760-8420
(916) 671- 1654 FAX
karinfrank@gmail.com
Debtor and Debtor-in-Possession
Pro Se

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

KARIN M. FRANK

     Debtor

Case No.: 10 36150

Chapter 11

**Hearing Date:**
**Hearing Time:**

---

## MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a)

Now comes the above-captioned debtor and debtor in possession (collectively, the "**Debtor**")

files this motion (the "**Motion**"), pursuant to section 506(a) of the United States Bankruptcy Code, 11

U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") and Bankruptcy Rules 3012 and 9014 of the Federal

Rules of Bankruptcy Procedure to value collateral securing certain residential loans and re-classify

lenders' claims as unsecured and in support of the Motion state:

### FACTUAL BACKGROUND

*1.*      On June 21, 2010 the Debtor filed a Voluntary Petition under Chapter 11 of the

Bankruptcy Code. The Debtor currently owns thirteen (13) residential rental properties (the

"**Properties**") listed below. A Market Analysis and Comparable Sales report is attached for these properties as Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M respectively. Additional copies are available to creditors and parties-in-interest upon request.

***Property 1***

2.      7420 Woodside Dr Citrus Heights, CA 95621 Debtor's Rental Property ("Property 1").

3.      On the petition date, the estimated **value** of Property 1 was $255,000, and as set forth in *Exhibit A*, attached herein and incorporated for reference.

4.    At the time of filing the petition, Property 1 was subject to the following lien:

       a.   Chase Home Loans, Acct# xxxxxx5637, (First Deed of Trust) in an estimated amount of $927,000. A proof of claim has not been filed. The true beneficiary is unknown.

       *b.*   Avenue Silver Account # 0911 in an estimated amount of $150,000, plus accrued interest. A proof of claim has not been filed.

***Property 2***

5.      7056 Shadygrove St., Tujunga, CA 91042; Debtor's Rental Property ("Property 2").

6.      On the petition date, the estimated **value** of Property 2 was $159,800.00 as set forth in *Exhibits B,* which compares recent sales attached herein and incorporated for reference.

7.    At the time of filing the petition, Property 2 was subject to the following liens:

       a.   Chase Home Loans, Acct# xxxxxx5208, (First Deed of Trust) in an estimated amount of $360,000. A proof of claim has not been filed. The true beneficiary is unknown.

       b.   Chase Home Loans, Acct# xxxxxx7727, (Second Deed of Trust) in an estimated amount of $38,356. A proof of claim has not been filed.

***Property 3***

8.      1421 Arcade Blvd., Sacramento CA 95815; Debtor's Rental Property ("Property 3").

9.      On the petition date, the estimated **value** of Property 3 was $72,600 as set forth in

*Exhibit C,* attached herein and incorporated for reference.

10.    At the time of filing the petition, Property 3 was subject to the following lien:

     a.   Chase Home Loans, Acct# xxxxxx8220, (First Deed of Trust) in an estimated amount of $195,000. A proof of claim has not been filed. The true beneficiary is unknown.

     b.   Bob Filderman, (Second Deed of Trust) in an estimated amount of $60,000. A proof of claim has not been filed.

### Property 4

11.    2631 Hawthorne St., Sacramento, CA 95815; Debtor's Rental Property ("Property 4").

12.    On the petition date, the estimated **value** of Property 4 was $53,600, as set forth in *Exhibit D,* attached herein and incorporated for reference.

13.    At the time of filing the petition, Property 4 was subject to the following lien:

     a.   Chase Home Loans, Acct# xxxxxx0911, (First Deed of Trust) in an estimated amount of $170,000. A proof of claim has not been filed. The true beneficiary is unknown.

     b.   Marvin Becker, (Second Deed of Trust) in an estimated amount of $40,000. A proof of claim has not been filed.

### Property 5

14.    8024 Renton Way, Sacramento CA 95828; Debtor's Rental Property ("Property 5").

15.    On the petition date, the estimated **value** of Property 5 was $140,000, as set forth in *Exhibit E,* attached herein and incorporated for reference.

16.    At the time of filing the petition, Property 5 was subject to the following liens:

     a.   Chase Home Loans, Acct# 0702859026, (First Deed of Trust) in an estimated amount of $397,000. A proof of claim has not been filed. The true beneficiary is unknown.

*Property 6*

17.    4912 Fawnridge Way, Antelope, CA 95843; Debtor's Rental Property ("Property 6").

18.    On the petition date, the estimated **value** of Property 6 was $167,966 as set forth in *Exhibit F,* attached herein and incorporated for reference.

19.    At the time of filing the petition, Property 6 was subject to the following liens:

      a.    Chase Home Loans, Acct# xxxxxx2958, (First Deed of Trust) in an estimated amount of $295,000. A proof of claim has not been filed. The true beneficiary is unknown.

      b.    Chase Home Loans, Acct# xxxxxx5668, (Second Deed of Trust) in an estimated amount of $40,000.  A proof of claim has not been filed.

*Property 7*

20.    3709 Innovator Way, Sacramento, CA 95834; Debtor's Rental Property ("Property 7").

21.    On the petition date, the estimated **value** of Property 7 was $198,000 as set forth in *Exhibits G,* attached herein and incorporated for reference.

22.    At the time of filing the petition, Property 7 was subject to the following liens:

      a.    CitiBank, Acct# 2005547220, (First Deed of Trust) in an estimated amount of $275,000. A proof of claim has not been filed. The true beneficiary is unknown.

*Property 8*

23.    4009 33rd St., Sacramento, CA 95817; Debtor's Rental Property ("Property 8").

24.    On the petition date, the estimated **value** of Property 8 was $72,050 as set forth in *Exhibits H,* attached herein and incorporated for reference.

25.    At the time of filing the petition, Property 8 was subject to the following liens:

      a.    CitiBank, Acct# 20056478429, (First Deed of Trust) in an estimated amount of $165,000. A proof of claim has not been filed. The true beneficiary is unknown.

***Property 9***

26.     471 Grand Ave., Sacramento, CA 95838; Debtor's Rental Property ("Property 9").

27.     On the petition date, the estimated **value** of Property 9 was $70,203 as set forth in *Exhibits I*, attached herein and incorporated for reference.

28.     At the time of filing the petition, Property 9 was subject to the following liens: Wells Fargo, Acct# xxxxxx1998 (First Deed of Trust) in an estimated amount of $185,000. A proof of claim has not been filed. The true beneficiary is unknown.

***Property 10***

29.     842 First Street, Sonoma, CA 95476. Debtor's Rental Property ("Property 10").

30.     On the petition date, the estimated **value** of Property 10 was $189,000.00 as set forth in *Exhibits J* which compares recent sales attached herein and incorporated for reference.

31.     At the time of filing the petition, Property 10 was subject to the following liens:

    a.   Wells Fargo, Acct# xxxxxx6016, (First Deed of Trust) in an estimated amount of $425,000. A proof of claim has not been filed. The true beneficiary is unknown.

***Property 11***

32.     3612 North Country Dr., Antelope, CA 95843; Debtor's Rental Property ("Property 11").

33.     On the petition date, the estimated **value** of Property 11 was $149,000 as set forth in *Exhibit K* , attached herein and incorporated for reference.

34.     At the time of filing the petition, Property 11 was subject to the following liens:

    a.   Met Life Home Loans, Acct# xxxxxx8544 (First Deed of Trust) in an estimated amount of $85,000. A proof of claim has not been filed. The true beneficiary is unknown.

    b.   Elvin Midkiff, (Second Deed of Trust) in an estimated amount of $150,000. A proof of claim has not been filed.

1

***Property 12***

2      35.      564 Oakborough Way, Roseville, CA 95747; Debtor's Rental Property ("Property 12").

3      36.      On the petition date, the estimated **value** of Property 12 was $139,000.00, as set forth in

4  *Exhibit L* attached herein and incorporated for reference.

5

6      37.      At the time of filing the petition, Property 12 was subject to the following liens:

7  AHMSI, Acct# xxxxxx3308, (First Deed of Trust) in an estimated amount of $300,000. A proof of claim

8  has not been filed. The true beneficiary is unknown.

9

***Property 13***

10     38.      2883 Perktel St Sacramento, CA 95815; Debtors Rental Property ("Property 13").

11     39.      On the petition date, the estimated **value** of property 13 was $50,820 as set forth in

12  *Exhibit M*, attached herein and incorporated for reference.

13

14     40. At the time of filing the petition, Property 13 was subject to the following liens:

15  Chase Home Loans, Acct# xxxxxx3726, (First Deed of Trust) in an estimated amount of $159,000. A

16  proof of claim has not been filed. The true beneficiary is unknown.

17                        **MEMORANDUM OF LAW**

18     41.      Section 506(a)(1) of the Bankruptcy Code provides that a Chapter 11 debtor may

19  bifurcate a secured lender's claim into an allowed secured claim and an allowed unsecured claim based

20  upon the actual value of the property securing such lender's lien.

21

22              An allowed claim of a creditor secured by a lien on property in which the estate
                has an interest, or that is subject to setoff under section 553 of this title, is a
23              secured claim to the extent of the value of such creditor's interest in the estate's
                interest in such property, or to the extent of the amount subject to setoff, as the
24              case may be, and is an unsecured claim to the extent that the value of such
                creditor's interest or the amount so subject to setoff is less than the amount of
25              such allowed claim. Such value shall be determined in light of the purpose of the
                valuation and of the proposed disposition or use of such property, and in
26              conjunction with any hearing on such disposition or use or on a plan affecting
                such creditor's interest.
27

28  11 U.S.C. § 506(a)(1).

38.      The Supreme Court has recognized that section 506 of the Bankruptcy Code defines the amount of the secured creditor's allowed secured claim and the conditions of his receiving post-petition interest. <u>United Sav. Ass'n of Texas v. Timbers of Inwood Forest Associates, Ltd.</u>, 484 U.S. 365, 371 (1988). In <u>United Sav. Ass'n of Texas</u>, the Supreme Court interpreting Section 506(a) of the Bankruptcy Code found that:

> In subsection (a) of this provision the creditor's "interest in property" obviously means his security interest without taking account of his right to immediate possession of the collateral on default. If the latter were included, the "value of such creditor's interest" would increase, and the proportions of the claim that are secured and unsecured would alter, as the stay continues-since the value of the entitlement to use the collateral from the date of bankruptcy would rise with the passage of time. No one suggests this was intended. The phrase "value of such creditor's interest" in § 506(a) means "the value of the collateral."

<u>See id</u>. (emphasis added) (quoting H.R.Rep. No. 95-595, pp. 181, 356 (1977)).

39.      The Ninth Circuit agrees with this interpretation of section 506 of the Bankruptcy Code. <u>In re Maldonado</u>, 46 B.R. 497, 499 (9th Cir. BAP 1984) (interpreting section 506(a), "a claim is a 'secured claim' to the extent of the value of [the] creditor's interests in the estate's interest in the property. The entire claim is not a secured claim. The claim is secured only to the extent of the value of the secured interest.")

40.      In addition, a Bankruptcy Court has found that "an 'allowed secured claim' is a determination generally made under 11 U.S.C. § 506." <u>In re BBT</u>, 11 B.R. 224, 229 (Bankr. D. Nev. 1981). The Bankruptcy Court further stated that, with respect to a claim secured by a lien on property of the estate, "to the extent that the value of the property is less than the amount of the total allowed claim, the claim is unsecured." <u>Id</u>. (emphasis added).

41.      Thus, pursuant to the law of this Circuit, the amount of the allowed secured claim cannot exceed the market value of the property and the remainder of the claim must be treated as an allowed unsecured claim for purposes of the plan. <u>In re Sagewood Manor Associates Ltd. Partnership</u>, 223 B.R. 756, 773 (Bankr. D. Nev. 1998) (holding that the court may confirm a chapter 11 plan over the objection

of a class of secured claims if the members of that class are to receive under the plan property of a value

equal to the allowed amount of their secured claims, as determined under 11 U.S.C. § 506(a)).

42.     Moreover, the Ninth Circuit Court of Appeals has also found that a wholly unsecured lien

holder's claim can be modified and reclassified as a general unsecured claim pursuant to section 506(a)

of the Bankruptcy Code. See In re Zimmer, 313 F.3d 1220 (9th Cir. 2002). Specifically, the Court held:

> Section 506(a) divides creditors' claims into 'secured claims' and 'unsecured claims.'
> Although the conventional interpretation of 'secured' might include any claim in which
> the creditor has a security interest in the debtor's property, § 506(a) makes clear that the
> status of a claim depends on the valuation of the property:
>
> 'An allowed claim of a creditor secured by a lien on property in which the estate has an
> interest ... is a secured claim to the extent of the value of such creditor's interest in the
> estate's interest in such property ... and is an unsecured claim to the extent that the value
> of such creditor's interest ... is less than the amount of such allowed claim.'
>
> 11 U.S.C. § 506(a). To put it more simply, a claim such as a mortgage is not a 'secured
> claim' to the extent that it exceeds the value of the property that secures it. Under the
> Bankruptcy Code 'secured claim' is thus a term of art not every claim that is secured by a
> lien on property will be considered a 'secured claim.' Here, it is plain that PSB Lending's
> claim for the repayment of its loan is an unsecured claim, because its deed of trust is
> junior to the first deed of trust, and the value of the loan secured by the first deed of trust
> is greater than the value of the house.

In re Zimmer, 313 F.3d at 1222 - 23.

43.     Accordingly, because the first mortgages on 13 of the Properties are under-secured, those

lenders claims should be bifurcated into secured and unsecured claims based on the market value of the

Properties as shown in their respective Comparable Sales & Market Analysis as set forth in Exhibits A

through M.

44.     Moreover, because eleven of the second mortgages are wholly unsecured (in that there is

no equity above the first mortgages in eleven of the Properties), those unsecured claims should be

reclassified as a general unsecured claims to be treated pro rata with similar unsecured creditors. The

second mortgage lenders should also be stripped of their secured rights under state law since no

maintainable security interest in the subject Properties exists.

45.     Finally, the filing of a motion rather than an adversary proceeding to achieve the relief requested herein is appropriate in this Court. See In re Bonsignori, Case No. BKS-08-11830-LBR (D. Nev. June 25, 2008) (approving the stripping off of an unsecured lien by motion); see also In re Robert, 313 B.R. 545 (Bankr. N.D.N.Y. 2004); In re Bennett, 312 B.R. 843 (Bankr. W.D. Ky. 2004); In re King, 290 B.R. 641 (Bankr. C.D. Ill. 2003); In re Millspaugh, 302 B.R. 90 (Bankr. D. Idaho 2003); Dickey v. Ben. Fin. (In re Dickey), 293 B.R. 360 (Bankr. M.D. Pa. 2003); In re Hill, 304 B.R. 800 (Bankr. S.D. Ohio 2003); In re Sadala, 294 B.R. 180 (Bankr. M.D. Fla. 2003); In re Fisher, 289 B.R. 544 (Bankr. W.D.N.Y. 2003); In re Hoskins, 262 B.R. 693 (Bankr. E.D. Mich. 2001); In re Fuller, 255 B.R. 300 (Bankr. W.D. Mich. 2000); and In re Williams, 166 B.R. 615 (Bankr. E.D. Va. 1994).

46.     Accordingly, the Debtors reserve the right to re-value the properties in connection with confirmation of the plan.

## CONCLUSION

47.     Bankruptcy law is clear, absent sufficient equity in the Properties, the first mortgage lenders claims are only partially secured and thus should be bifurcated into secured and unsecured claims. The second mortgage lenders are wholly unsecured and should receive only their pro rata distribution with other general unsecured creditors through the Debtor's Chapter 11 plan.

**WHEREFORE**, Debtor prays that this Court:

Valuate each of the Properties in accordance with the Market Analysis attached hereto;

- Avoid, "strip off", and extinguish AVENUE SILVER's (Property 1) CHASE's (Property 2 & 6), Bob Filderman (Property 3) and Marvin Becker (Property 4) wholly unsecured second liens pursuant to section 506(a) of the Bankruptcy Code;

- Bifurcate CHASE's claim (Property 1) into secured and unsecured claims in the respective amounts of $255,000 as a secured claim and $672,000 as an unsecured claim;

- Bifurcate CHASE's claim (Property 2) into secured and unsecured claims in the respective amounts of $159,800 as a secured claim and $237,200 as an unsecured claim;

- Bifurcate CHASE's claim (Property 3) into secured and unsecured claims in the respective amounts of $72,600 as a secured claim and $122,400 as an unsecured claim;

- Bifurcate CHASE's claim (Property 4) into secured and unsecured claims in the respective amounts of $53,600 as a secured claim and $116,400 as an unsecured claim;

- Bifurcate CHASE's claim (Property 5,) into secured and unsecured claims in the respective amounts of $140,000 as a secured claim and $257,000 as an unsecured claim;

- Bifurcate CHASE's claim (Property 6) into secured and unsecured claims in the respective amounts of $167,966 as a secured claim and $127,034 as an unsecured claim;

- Bifurcate CITIBANK's claim (Property 7 ) into secured and unsecured claims in the respective amounts of $198,000 as a secured claim and $77,000 as an unsecured claim;

- Bifurcate CITIBANK's claim (Property 8) into secured and unsecured claims in the respective amounts of $72,050 as a secured claim and $92,950 as an unsecured claim;

- Bifurcate WELLS FARGO's claim (Property 9) into secured and unsecured claims in the respective amounts of $70,203 as a secured claim and $112,797 as an unsecured claim;

- Bifurcate WELLS FARGO's claim (Property 10) into secured and unsecured claims in the respective amounts of $189,000 as a secured claim and $236,000 as an unsecured claim;

- Bifurcate ELVIN MIDKIFF's claim (Property 11) into secured and unsecured claims in the respective amounts of $64,000 as a secured claim and $86,000 as an unsecured claim;

- Bifurcate AHMSI's claim (Property 12) into secured and unsecured claims in the respective amounts of $139,000.00 as a secured claim and $161,000 as an unsecured claim;

- Bifurcate CHASE's claim (Property 13) into secured and unsecured claims in the respective amounts of $50,820 as a secured claim and $108,180 as an unsecured claim;

- Order the monthly Principal and Interest payments due to Chase Home Loans (Property 1 through 6 and 13) on the reduced value of collateral security in the amount of $255,000 (Property 1); $159,800 (Property 2); $72,600 (Property 3); $53,600 (Property 4); $140,000 (Property 5); $167,966 (Property 6); and $50,820 (Property 13) as a secured claim, be adjusted and lowered accordingly; and a proposed fixed interest rate of 3% for 5 years, then for the remaining 25 years a fixed interest rate of 4.75% starting from the date the value of the collateral is reduced on Property 1 through 6 and 13;

- Order the monthly Principal and Interest payments due to CitiBank (Property 7 & 8) on the reduced value of collateral security in the amount of $198,000 (Property 7); and $72,050 (Property 8) as a secured claim, be adjusted and lowered accordingly; and a proposed fixed interest rate of 3% for 5 years, then for the remaining 25 years a fixed interest rate of 4.75% starting from the date the value of the collateral is reduced on Property 7 & 8;

- Order the monthly Principal and Interest payments due to Wells Fargo (Property 9 & 10) on the reduced value of collateral security in the amount of $70,203 (Property 9); and $189,000 (Property 10) as a secured claim, be adjusted and lowered accordingly; and a proposed fixed interest rate of 3% for 5 years, then for the remaining 25 years a fixed interest rate of 4.75% starting from the date the value of the collateral is reduced on Property 9 & 10;

///

- Order the monthly Principal and Interest payments due to Elvin Midkiff (Property 11) on the reduced value of collateral security in the amount of $64,000 (Property 11) as a secured claim, be adjusted and lowered accordingly; and a proposed fixed interest rate of 3% for 5 years, then for the remaining 25 years a fixed interest rate of 4.75% starting from the date the value of the collateral is reduced on Property 11;

- Order the monthly Principal and Interest payments due to American Home Mortgage Servicing (Property 12) on the reduced value of collateral security in the amount of $139,000 (Property 12) as a secured claim, be adjusted and lowered accordingly; and a proposed fixed interest rate of 3% for 5 years, then for the remaining 25 years a fixed interest rate of 4.75% starting from the date the value of the collateral is reduced on Property 12;

Reserve the Debtor's right to revalue the properties in connection with confirmation of the plan; and such other relief the Court deems just and proper.

Dated this 21st day of June, 2010.

Karin Frank in pro se
8378 Hillsbrook Drive
Antelope, CA 95843
(916) 760-8420
(916) 671- 1654 FAX
karinfrank@gmail.com
Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the Motion to Value Collateral was sent Via US CERTIFIED MAIL RETURN RECEIPT on June 21, 2010, to the following:

Chase Home Loans
Acct #5637
10790 Rancho Bernardo Rd
San Diego CA 92127-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-0699

Chase Home Loans
Acct #8220
10790 Rancho Bernardo Rd
San Diego CA 92127-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1986

Wells Fargo NA
Acct #6016
PO BOX 30086
Los Angeles, CA 90030-0086
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1979

CitiBank
Acct #8439
5280 Corporate Dr
Frederick MD 21703-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1962

CitiBank
Acct # 7220
5280 Corporate Dr
Frederick MD 21703-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1955

AHMSI
Acct #3308
1525 Beltline Rd
Irving TX 75019-4913
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1948

1

2

3

4

Chase Home Loans
Acct #2958
10790 Rancho Bernardo Rd
San Diego CA 92127-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1931

5

6

7

8

Chase Home Loans
Acct #0911
10790 Rancho Bernardo Rd
San Diego CA 92127-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1924

9

10

11

12

Chase Home Loans
Acct #5208
10790 Rancho Bernardo Rd
San Diego CA 92127-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1917

13

14

15

16

Chase Home Loans
Acct #9026
10790 Rancho Bernardo Rd
San Diego CA 92127-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1900

17

18

19

20

Chase Home Loans
Acct #3726
10790 Rancho Bernardo Rd
San Diego CA 92127-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1894

21

22

23

24

Wells Fargo NA
Acct #1998
PO BOX 30086
Los Angeles, CA 90030-0086
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1887

25

26

27

28

Met Life Home Loans
Acct# 8544
4000 Horizon Way   Suite 100
Irving TX 75063-0000
ATTN: OFFICER, MANAGER, OR AGENT
Certified#7009-3410-0001-2876-1870

1

2  Avenue Silver, LLC
   1500 E. Tropicana Ave, Suite 102
3  Las Vegas, NV 89119
   ATTN: OFFICER, MANAGER, OR AGENT
4  Certified#7009-3410-0001-2876-1856

5  US TRUSTEE CH 11
   501 I STREET
6  SACRAMENTO, CA 95814

7

8

9  /s/ Karin M. Frank

10
   8378 Hillsbrook Drive
11 Antelope, CA 95843
   (916) 760-8420
12 (916) 671- 1654 FAX
   karinfrank@gmail.com
13 Debtor and Debtor-in-Possession
   Pro Se
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

-advertisement-

## cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values          7420 Woodside Dr, Citrus Heights, CA 95621          Search options

**Home**

# 7420 Woodside Dr, Citrus Heights, CA 95621

| Back to search results |
| Prev          Next |



-advertisement-

Estimate:
## $255,024

Change over last month:    Estimate Range: $229,521 – $293,277
$3,960                      Last Update: April 19, 2010

### Estimated Home Value

About...

Compared to:  ☑ ZIP 95621   ☑ Citrus Heights   ☑ CA
Change over: 1 year | All

☐ This House    95621    ☐ Citrus Heights    ☐ CA

$600k

$370k

$141k

Jul  Oct  Jan  Apr  Jul  Oct  Jan  Apr  Jul  Oct  Jan  Apr
          09                      10

### Home Facts

| | |
|---|---|
| Estimate Range | $229,521 – $293,277 |
| Bedrooms | 5 |
| Bathrooms | 4.5 |
| Living Area | 4,140 Sq feet |
| Lot Size | 130,680 Sq feet |
| Type | Multifamily |
| Parcel | 243-0010-008 |
| County | Sacramento |
| Year Built | 1970 |
| Total Rooms | 10 |
| Heating | Yes |
| Cooling | Yes |
| Number of Stories | 2 |
| Legal Description | FRAC NW 1 4 SEC 35M T10N R6E MDB&M DESC AS BEG AT PT LOC S88<54'W 358.5 FT AND N00<25'W 4.10 FT FR NE COR OF NW 1 4 TH FR SD |

### Sales and Tax Info

**Neighborhood**

### Citrus Heights, CA 95621



© 2010 Digital Map Products

⊞ Multifamily homes for sale    🏠 Homes
⊞ Multifamily homes

Choose a topic to view as heatmap:

| None |

-advertisement-

**Home Equity Rates for 95621**  Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 4.62% | 3.74% |
| $30K home equity loan | 6.49% | 6.24% |
| $75K home equity loan | 6.24% | 6.24% |
| $50K home equity loan | 6.24% | 6.24% |
| $50K HELOC | 3.74% | 3.74% |

| 95621 | Updated 6/13/2010 |

Find lenders in your area

EXHIBIT B



Personalized Homepage   Saved Searches   Sign up   Sign in

## cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values        7222 Apperson St, Tujunga, CA 91042                                Search options

**Home**

# 7222 Apperson St, Tujunga, CA 91042

Back to search results
Prev | Next



-advertisement-

Estimate:
## $158,696

Change over last month:    Estimate Range: **$142,826 – $182,500**
**–$1,774**                Last Update: **June 9, 2010**

### Estimated Home Value

About...

Compared to:  ☑ ZIP 91042   ☑ Tujunga   ☐ CA
Change over: **1 year | All**

■ This House   ⬡ 91042   ▨ Tujunga   ☐ CA



$670k

$396k

$123k

Jul Oct Jan Apr Jul Oct Jan Apr Jul Oct Jan Apr
'08         '09         '10

### Home Facts

| | |
|---|---|
| Estimate Range | **$142,826 – $182,500** |
| Bedrooms | **2** |
| Bathrooms | **2** |
| Living Area | **595 Sq feet** |
| Lot Size | **2,966 Sq feet** |
| Type | **Single Family** |
| Parcel | **2565-012-035** |
| County | **Los Angeles** |
| Year Built | **1924** |
| Total Rooms | **—** |
| Heating | **Floor/Wall** |
| Cooling | **—** |
| Number of Stories | **—** |
| Legal Description | **LOS TERRENITOS TRACT W 33.23 FT OF E 73.73 FT OF N 89.615 FT OF LOT 53** |

### Sales and Tax Info

Sales History                       Sales Price

**Neighborhood**

## Tujunga, CA 91042



© 2010 Digital Map Products

▨ Multifamily homes for sale   ⌂ Homes
▨ Multifamily homes

Choose a topic to view as heatmap:

None

-advertisement-

### Home Equity Rates for 91042  Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 5.99% | 5.99% |
| $30K home equity loan | 7.25% | 7.25% |
| $75K home equity loan | 7.25% | 7.25% |
| $50K home equity loan | 7.25% | 7.25% |
| $50K HELOC | 5.12% | 5.12% |

91042                    Updated 6/13/2010

**Find lenders in your area**

HOME BUYING   HOME SELLING   HOME OWNERSHIP   FIRST TIME HOME BUYERS        Sponsored By:        Close

# EXHIBIT C

-advertisement-



| | |
|---|---|
| Personalized Homepage | Saved Searches | Sign up | Sign in |

**cyberhomes**    HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Homes For Sale          1421 Arcade Blvd, Sacramento, CA 95815                    Search options

Home

# 1421 Arcade Blvd, Sacramento, CA 95815

| Back to search results | |
|---|---|
| Prev | Next |



-advertisement-

**Estimate:**
# $72,542

Change over last month:     Estimate Range: $65,287 – $83,423
Last Update: June 9, 2010
**-$58**

## Estimated Home Value
About...

Compared to:   ☑ ZIP 95815   ☑ Sacramento   ☑ CA
Change over:   1 year | All

■ This House   ☐ 95815   ☑ Sacramento   CA



$590k

$325k

$59k

Jul  Oct  Jan  Apr  Jul  Oct  Jan  Apr  Jul  Oct  Jan  Apr
    '08          '09          '10

## Home Facts

| | |
|---|---|
| Estimate Range | $65,287 – $83,423 |
| Bedrooms | 3 |
| Bathrooms | 1 |
| Living Area | 1,186 Sq feet |
| Lot Size | 6,970 Sq feet |
| Type | Single Family |
| Parcel | 251-0323-011 |
| County | Sacramento |
| Year Built | 1955 |
| Total Rooms | 5 |
| Heating | None |
| Cooling | None |
| Number of Stories | — |
| Legal Description | SCHMITZ TRACT |

## Sales and Tax Info

| Sales History | Sales Price |
|---|---|
| 5/18/2000 | $57,000 |

### Neighborhood

**Sacramento, CA 95815**



© 2010 Digital Map Products

🏠 Homes   ▥ Multifamily homes

Choose a topic to view as heatmap:

| None |
|---|

-advertisement-

**Home Equity Rates for 95815** Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 4.62% | 3.74% |
| $30K home equity loan | 6.49% | 6.24% |
| $75K home equity loan | 6.24% | 6.24% |
| $50K home equity loan | 6.24% | 6.24% |
| $50K HELOC | 3.74% | 3.74% |

| 95815 | Updated 6/13/2010 |
|---|---|

**Find lenders in your area**

HOME BUYING    HOME SELLING    HOME OWNERSHIP    FIRST TIME HOME BUYERS          Close

Sponsored By:

# EXHIBIT D

-advertisement-

Personalized Homepage    Saved Searches    Sign up    Sign in

## cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values          2631 Hawthorne St, Sacramento, CA 95815                    Search options

Home

# 2631 Hawthorne St, Sacramento, CA 95815

**Back to search results**
Prev | Next

**Estimate:**
## $53,680

Change over last month:
## $5,368

Estimate Range: $48,312 – $61,732
Last Update: May 10, 2010

-advertisement-

### Estimated Home Value
About...

Compared to: ☑ ZIP 95815   ☑ Sacramento   ☑ CA
Change over: 1 year | All

☐ This House      95815    ☐ Sacramento      CA

$590k

$317k

$43k

Jul  Oct  Jan  Apr  Jul  Oct  Jan  Apr  Jul  Oct  Jan  Apr
'08                                                        '10

### Home Facts

| | |
|---|---|
| Estimate Range | $48,312 – $61,732 |
| Bedrooms | 1 |
| Bathrooms | 1 |
| Living Area | 720 Sq feet |
| Lot Size | 9,583 Sq feet |
| Type | Single Family |
| Parcel | 263-0152-011 |
| County | Sacramento |
| Year Built | 1940 |
| Total Rooms | 3 |
| Heating | Yes |
| Cooling | Yes |
| Number of Stories | — |
| Legal Description | N 66 FT OF W 144 FT OF E 164 FT LOT 50 NORWOOD A CRES |

### Sales and Tax Info

Sales History                          Sales Price

**Neighborhood**

### Sacramento, CA 95815



© 2010 Digital Map Products

⌂ Homes for sale      🏠 Homes
Multifamily homes

Choose a topic to view as heatmap:

None

-advertisement-

### Home Equity Rates for 95815   Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 3.74% | 3.74% |
| $30K home equity loan | 6.24% | 6.24% |
| $75K home equity loan | 6.24% | 6.24% |
| $50K home equity loan | 6.24% | 6.24% |
| $50K HELOC | 3.74% | 3.74% |

95815                              Updated 6/1/2010

Find lenders in your area

HOME BUYING    HOME SELLING    HOME OWNERSHIP    FIRST TIME HOME BUYERS

Are you buying material?                    Sponsored By:                        Close

EXHIBIT E

-advertisement-

Personalized Homepage    Saved Searches    Sign up    Sign in

## cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values        8024 Renton Way, Sacramento, CA 95828        Search options

---

**Home for sale**

# 8024 Renton Way, Sacramento, CA 95828

| | | |
|---|---|---|
| 🏠 **FOR SALE** | **4 Bedrooms** | **Home Type** |
| Active | **3 Bathrooms** | Single Family |
| **$140,000** | Home Size | Days on Market |
| | 1,818 Sq feet | 173 days |

Back to search results
Prev    Next


-advertisement-

**Neighborhood**

Sacramento, CA 95828



© 2010 Digital Map Products

🏠 Homes for sale    🏠 Homes
🏠 Multifamily homes

Choose a topic to view as heatmap:

None

-advertisement-

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Estimate Range | — | — |
| Bedrooms | 4 | 4 |
| Bathrooms | 2.5 | 3 |
| Living Area | 1,818 Sq feet | 1,818 Sq feet |
| Lot Size | 9,000 Sq feet | 9,017 Sq feet |
| Type | Single Family | Single Family |
| Parcel | 051-0430-050 | 051-0430-050-0000 |
| County | Sacramento | SACRAMENTO |
| Year Built | 1978 | 1978 |
| Total Rooms | 8 | — |
| Heating | Hot Water | — |
| Cooling | Yes | — |
| Number of Stories | 2 | — |
| Legal Description | COTTONWOOD 01 | — |

## Sales and Tax Info

| Sales History | Sales Price |
|---|---|
| 7/29/2005 | $385,000 |

**Mortgage Rates for 95828** Powered by Bankrate

| Mortgage Type | Today | Last Week |
|---|---|---|
| 30 yr fixed mtg | 4.83% | 4.78% |
| 15 yr fixed mtg | 4.31% | 4.25% |
| 30 yr fixed jumbo mtg | 5.52% | 5.49% |
| 5/1 ARM | 3.67% | 3.67% |
| 5/1 jumbo ARM | 4.48% | 4.44% |

95828        Updated 6/1/2010

Find lenders in your area

---

HOME BUYING    HOME SELLING    HOME OWNERSHIP    FIRST TIME HOME BUYERS        Sponsored By:        Close

How much home can you afford?

# EXHIBIT F

-advertisement-

# cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values     4912 Fawnridge Way, Antelope, CA 95843     Search options

Home

## 4912 Fawnridge Way, Antelope, CA 95843

| Back to search results | |
|---|---|
| Prev | Next |

Estimate:
## $167,966

Change over last month:    Estimate Range: $151,169 – $193,160
Last Update: May 10, 2010

-advertisement-

### Estimated Home Value

About...

Compared to: ☑ ZIP 95843   ☐ Antelope   ☑ CA
Change over: 1 year | All

☑ This House    95843    ☐ Antelope    CA

$590k

$371k

$151k

Jul Oct Jan Apr Jul Oct Jan Apr Jul Oct Jan Apr
'06    '08    '08    '10

### Home Facts

| | |
|---|---|
| Estimate Range | $151,169 – $193,160 |
| Bedrooms | 3 |
| Bathrooms | 2 |
| Living Area | 1,601 Sq feet |
| Lot Size | 5,500 Sq feet |
| Type | Single Family |
| Parcel | 203-1310-083 |
| County | Sacramento |
| Year Built | 1991 |
| Total Rooms | 6 |
| Heating | Yes |
| Cooling | Yes |
| Number of Stories | 1 |
| Legal Description | FALCONS VIEW 03 |

### Sales and Tax Info

| Sales History | Sales Price |
|---|---|
| 3/5/2007 | $275,000 |

---

## Neighborhood

### Antelope, CA 95843



© 2010 Digital Map Products

🏠 Homes

Choose a topic to view as heatmap:

| None |
|---|

-advertisement-

### Home Equity Rates for 95843   Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 3.74% | 3.74% |
| $30K home equity loan | 6.24% | 6.24% |
| $75K home equity loan | 6.24% | 6.24% |
| $50K home equity loan | 6.24% | 6.24% |
| $60K HELOC | 3.74% | 3.74% |

| 95843 | Updated 6/1/2010 |
|---|---|

Find lenders in your area

---

HOME BUYING    HOME SELLING    HOME OWNERSHIP    FIRST TIME HOME BUYERS     Sponsored By:     Close

Step-By-Step Guide for First-Time Home Buyers

# EXHIBIT G

-advertisement-

G

Personalized Homepage    Saved Searches    Sign up    Sign in

## cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values      Sacramento, CA 95834        Search options

**Home for sale**

# 3200 Marrissey Ln, Sacramento, CA 95834

Back to search results
Prev     Next

FOR SALE
Active

**$180,900**



-advertisement-

| | |
|---|---|
| **4 Bedrooms** | **Home Type** |
| **3 Bathrooms** | **Single Family** |
| **Home Size** | **Days on Market** |
| **3,180 Sq feet** | **517 days** |

**Neighborhood**

Sacramento, CA 95834



© 2010 Digital Map Products

🏠 Homes for sale    🏠 Homes

Choose a topic to view as heatmap:

None

-advertisement-

## Home Facts

| | Public Facts | Listing Facts |
|---|---|---|
| Estimate Range | — | — |
| Bedrooms | 4 | 4 |
| Bathrooms | 2.5 | 3 |
| Living Area | 1,823 Sq feet | 3,180 Sq feet |
| Lot Size | 3,189 Sq feet | — |
| Type | Single Family | Single Family |
| Parcel | 225-2010-043 | — |
| County | Sacramento | SACRAMENTO |
| Year Built | 2005 | 2005 |
| Total Rooms | 6 | — |
| Heating | Yes | — |
| Cooling | Yes | — |
| Number of Stories | 2 | — |
| Legal Description | CAMBAY WEST VILLAGE 4 | — |

## Sales and Tax Info

| | Sales Price |
|---|---|
| Sales History | |
| 3/31/2009 | $172,000 |

**Mortgage Rates for 95834** Powered by Bankrate

| Mortgage Type | Today | Last Week |
|---|---|---|
| 30 yr fixed mtg | 4.69% | 4.71% |
| 15 yr fixed mtg | 4.11% | 4.17% |
| 30 yr fixed jumbo mtg | 5.45% | 5.47% |
| 5/1 ARM | 3.62% | 3.69% |
| 5/1 jumbo ARM | 4.3% | 4.4% |

95834       Updated 6/16/2010

**Find lenders in your area**

Sponsored By:

-advertisement-

G-1

# cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values          Sacramento, CA 95834                                    Search options

## Refine Search

### Homes for Sale:
☑
Include listings
☑
Include pre-foreclosures
☑
Include foreclosures

### Estimate Range:
from | $0
to | $225,000

### Bedrooms:
4+

### Bathrooms:
3+

### Home Size:
2,000+ sq. ft.

### Lot Size:
from | Any
to | Any

### Type:
☑
Single Family
☐
Condo/Co-op
☐
Multifamily

Reset

-advertisement-

## Homes

# Sacramento, CA 95834

Showing: 81 - 90 of 96 homes          Show: 10 results per page

Previous | 1 2 3 4 5 6 7 8 9 10 | Next

| Address | Estimate | Beds | Baths | Size |
|---|---|---|---|---|
| 🏠 FOR SALE Active | $205,999 | 4 br | 3 ba | 2,320 sq. ft. |
| 3392 Soda Way | Single Family | Lot Size: 3,006 sq. ft. | | |

Beautiful home 4 bed 2 1/2 baths, easy to show... more...

Virtual Tour   12 Photos
View Comparable Homes        Track this Home

| 70 Seraspi Ct | $204,505 | 4 br | 3 ba | 2,064 sq. ft. |
|---|---|---|---|---|
| | Single Family | Lot Size: 4,850 sq. ft. | | |

View Comparable Homes        Track this Home

| 🏠 FOR SALE Active | $204,900 | 4 br | 3 ba | 2,090 sq. ft. |
|---|---|---|---|---|
| 3472 Loggerhead Way | Single Family | Lot Size: 4,879 sq. ft. | | |

THIS HOME IS A MUST SEE!!!!! GRANITE COUNTER TOPS,CROWN MOLDING,LAMINATE AND TILE FLOORING THROUGHOUT. IT WILL GO FAST... more...

12 Photos
View Comparable Homes        Track this Home

| 71 Seraspi Ct | $203,219 | 4 br | 3 ba | 2,064 sq. ft. |
|---|---|---|---|---|
| | Single Family | Lot Size: 3,760 sq. ft. | | |

View Comparable Homes        Track this Home

| 41 Seraspi Ct | $198,081 | 4 br | 3 ba | 2,064 sq. ft. |
|---|---|---|---|---|
| | Single Family | Lot Size: 3,495 sq. ft. | | |

View Comparable Homes        Track this Home

| 1838 Alice Way | $202,048 | 4 br | 3 ba | 2,064 sq. ft. |
|---|---|---|---|---|
| | Single Family | Lot Size: 3,694 sq. ft. | | |

View Comparable Homes        Track this Home

| 1770 Alice Way | $197,644 | 4 br | 3 ba | 2,064 sq. ft. |
|---|---|---|---|---|
| | Single Family | Lot Size: 3,375 sq. ft. | | |

View Comparable Homes        Track this Home

| 1874 Alice Way | $203,314 | 4 br | 3 ba | 2,064 sq. ft. |
|---|---|---|---|---|
| | Single Family | Lot Size: 3,694 sq. ft. | | |

View Comparable Homes        Track this Home

## Maps



🏠 Homes for sale     🏠 Homes

Choose a topic to view as heatmap:
None

## Neighborhood

# Sacramento, CA 95834

**Median Estimated Home Value**          About...
ZIP 95834 | $191,485
Sacramento | $158,850
California | $300,520

**12-month Change in Median Estimated Home Value**
About...
ZIP 95834 | -.81%
Sacramento | -2.75%
California | -2.39%

## Special Reports

**GOING GREEN**

Resources and renovation tips for making your home more earth-friendly.

**FIRST TIME HOME BUYERS**

Your first home: Plan it, find it, pay for it, love it

HOME BUYING     HOME SELLING     HOME OWNERSHIP     FIRST TIME HOME BUYERS          Sponsored By:     Rates as low as 3.38%          Close
                                                                                                    Refinance and Save

-advertisement-

G-2 

## cyberhomes

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values      Sacramento, CA 95834          Search options

### Refine Search

**Homes for Sale:**

☑ Include listings

☑ Include pre-foreclosures

☑ Include foreclosures

**Estimate Range:**

from $0

to $200,000

**Bedrooms:**

4+

**Bathrooms:**

3+

**Home Size:**

2,000+ sq. ft.

**Lot Size:**

from Any

to Any

**Type:**

☑ Single Family

☑ Condo/Co-op

☑ Multifamily

Reset

-advertisement-

### Homes

## Sacramento, CA 95834

Showing: 11 - 13 of 13 homes      Show: 10 results per page

Previous | 1 2 | Next



| Address | Estimate | Beds | Baths | Size |
|---|---|---|---|---|
| FOR SALE Active 3200 Marrissey Ln | $180,900 | 4 br | 3 ba | 3,180 sq. ft. |
| | Single Family Lot Size: 3,189 sq. ft. | | | |
| | 1 Photo View Comparable Homes   Track this Home | | | |
| 1092 Prego Way | $198,700 | 5 br | 3 ba | 2,447 sq. ft. |
| | Single Family Lot Size: 7,841 sq. ft. | | | |
| | View Comparable Homes   Track this Home | | | |
| 48 Tundra Way | $161,453 | 4 br | 3 ba | 2,059 sq. ft. |
| | Single Family Lot Size: 7,405 sq. ft. | | | |
| | View Comparable Homes   Track this Home | | | |

Previous | 1 2 | Next

🏠 Equal Housing Opportunity. Information is not guaranteed.

### Maps

🏠 Homes for sale    🏠 Homes

Choose a topic to view as heatmap:

None

### Neighborhood

## Sacramento, CA 95834

**Median Estimated Home Value**      About...

ZIP 95834 $191,485

Sacramento $158,850

California $300,520

**12-month Change in Median Estimated Home Value**      About...

ZIP 95834 -.81%

Sacramento -2.75%

California -2.39%

### Special Reports

**GOING GREEN**

Resources and renovation tips for making your home more earth-friendly.

**FIRST TIME HOME BUYERS**

Your first home: Plan it, find it, pay for it, love it

# EXHIBIT H

H

-advertisement-

Personalized Homepage    Saved Searches    Sign up    Sign in

# cyberhomes

HOME    NEWS & ADVICE    BLOG    MAPS    MOVING    HOME FINANCE    ABOUT OUR DATA

Home Values          4009 33rd St, Sacramento, CA 95820                                    Search options

**Home**

## 4009 33rd St, Sacramento, CA 95820



Back to search results
Prev          Next

Estimate:

## $72,050

Change over last month:    Estimate Range: $84,845 – $82,857
                           Last Update: May 10, 2010

### Estimated Home Value

About...

Compared to:  ☑ ZIP 95820    ☑ Sacramento    ☑ CA
Change over: 1 year | All

⚠ Sorry, no data is available for this area.

-advertisement-

**Neighborhood**

## Sacramento, CA 95820



© 2010 Digital Map Products

⚐ Homes for sale    ⌂ Homes
⊞ Multifamily homes

Choose a topic to view as heatmap:
None

-advertisement-

### Home Facts

| | |
|---|---|
| Estimate Range | $64,845 – $82,857 |
| Bedrooms | 2 |
| Bathrooms | 1 |
| Living Area | 1,010 Sq feet |
| Lot Size | 2,614 Sq feet |
| Type | Single Family |
| Parcel | 020-0051-012 |
| County | Sacramento |
| Year Built | 1938 |
| Total Rooms | 4 |
| Heating | None |
| Cooling | None |
| Number of Stories | — |
| Legal Description | W 1 2 LOT 100 COLOMA HEIGHTS |

### Sales and Tax Info

| Sales History | Sales Price |
|---|---|
| 8/13/2008 | $167,500 |

**Home Equity Rates for 95820** Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 3.74% | 3.74% |
| $30K home equity loan | 6.24% | 6.24% |
| $75K home equity loan | 6.24% | 6.24% |
| $50K home equity loan | 6.24% | 6.24% |
| $50K HELOC | 3.74% | 3.74% |

95820                                    Updated 6/1/2010

Find lenders in your area

HOME BUYING    HOME SELLING    HOME OWNERSHIP    FIRST TIME HOME BUYERS

Sponsored By:

Clo

# EXHIBIT I

-advertisement-



Personalized Homepage   Saved Searches   Sign up   Sign in

## cyberhomes

HOME   NEWS & ADVICE   BLOG   MAPS   MOVING   HOME FINANCE   ABOUT OUR DATA

Home Values          471 Grand Ave, Sacramento, CA 95838          Search options

**Home**

# 471 Grand Ave, Sacramento, CA 95838

| Back to search results | Estimate: |
| --- | --- |
| Prev          Next | **$70,203** |

Change over last month:   Estimate Range: $63,182 – $80,733
                          Last Update: May 10, 2010

-advertisement-

### Estimated Home Value

About...

Compared to: ☑ ZIP 95838   ☑ Sacramento   ☑ CA
Change over: 1 year | All

|  | This House | 95838 | Sacramento | CA |
| --- | --- | --- | --- | --- |

**Neighborhood**

Sacramento, CA 95838



© 2010 Digital Map Products

⌂ Homes   ⊞ Multifamily homes

Choose a topic to view as heatmap:

None

-advertisement-

## Home Facts

| | |
| --- | --- |
| Estimate Range | $63,182 – $80,733 |
| Bedrooms | 2 |
| Bathrooms | 1 |
| Living Area | 1,127 Sq feet |
| Lot Size | 6,534 Sq feet |
| Type | Single Family |
| Parcel | 250-0064-011 |
| County | Sacramento |
| Year Built | 1958 |
| Total Rooms | 6 |
| Heating | None |
| Cooling | None |
| Number of Stories | — |
| Legal Description | LOT 18 BLK 4 AMD SUB OF BLKS 4 & 5 OF THE AMD SUB B OF W DEL PASO HTS |

## Sales and Tax Info

### Home Equity Rates for 95838 Powered by Bankrate

| Loan Type | Today | Last Week |
| --- | --- | --- |
| $30K HELOC | 3.74% | 3.74% |
| $30K home equity loan | 6.24% | 6.24% |
| $75K home equity loan | 6.24% | 6.24% |
| $50K home equity loan | 6.24% | 6.24% |
| $50K HELOC | 3.74% | 3.74% |
| 95838 | | Updated 6/1/2010 |

Find lenders in your area

HOME BUYING   HOME SELLING   HOME OWNERSHIP

Sponsored By:

# EXHIBIT J

-advertisement-



Personalized Homepage   Saved Searches   Sign up   Sign in

**cyberhomes**   HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values          Sonoma, CA 95476                                    Search options

---

**Home**

**Neighborhood**

## 19255 Bay St, Sonoma, CA 95476

Sonoma, CA 95476

| Back to search results |
|---|
| Prev          Next |



-advertisement-

Estimate:
## $182,610

Change over last month:    Estimate Range: $164,349 – $210,001
### –$9,540              Last Update: June 9, 2010



© 2010 Digital Map Products

🏠 Homes   🏢 Multifamily homes

Choose a topic to view as heatmap:

| None |
|---|

### Estimated Home Value

About...

Compared to:  ☑ ZIP 95476  ☑ Sonoma  ☐ CA
Change over: **1 year** | **3 years** | **All**

■ This House  ☐ 95476  ☐ Sonoma  ☐ CA



-advertisement-

### Home Facts

| | |
|---|---|
| Estimate Range | **$164,349 – $210,001** |
| Bedrooms | **2** |
| Bathrooms | **1** |
| Living Area | **639 Sq feet** |
| Lot Size | **6,240 Sq feet** |
| Type | **Single Family** |
| Parcel | **052-421-003** |
| County | **Sonoma** |
| Year Built | **1910** |
| Total Rooms | **3** |
| Heating | **—** |
| Cooling | **—** |
| Number of Stories | **—** |
| Legal Description | **—** |

### Sales and Tax Info

| Tax Year | Improvements + Land | Total |
|---|---|---|

**Home Equity Rates for 95476** Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | **5.87%** | **5.87%** |
| $30K home equity loan | **7.25%** | **7.25%** |
| $75K home equity loan | **7.25%** | **7.25%** |
| $50K home equity loan | **7.25%** | **7.25%** |
| $50K HELOC | **5.12%** | **5.12%** |

| 95476 | Updated 6/16/2010 |
|---|---|

**Find lenders in your area**

HOME SELLING   HOME OWNERSHIP   FIRST TIME HOME BUYERS   GREEN HOME

Sponsored By:   Rates as low as 3.38%
Refinance and Save

Close

# EXHIBIT K

-advertisement-



Personalized Homepage    Saved Searches    Sign up    Sign in

# cyberhomes

HOME  |  NEWS & ADVICE  |  BLOG  |  MAPS  |  MOVING  |  HOME FINANCE  |  ABOUT OUR DATA

Homes For Sale     3612 N Country Dr, Antelope, CA 95843       Search options

Home

## 3612 N Country Dr, Antelope, CA 95843

| Back to search results | |
|---|---|
| Prev | Next |



-advertisement-

Estimate:

### $149,243

Change over last month:    Estimate Range: $134,318 – $171,629
~~$1,639~~        Last Update: June 9, 2010

### Estimated Home Value

About...

Compared to:   ☑ ZIP 95843    ☑ Antelope    ☑ CA
Change over: 1 year | All

☒ This House    95843    ☐ Antelope    CA



$590k

$350k

$125k

Jul Oct Jan Apr Jul Oct Jan Apr Jul Oct Jan Apr

### Home Facts

| | |
|---|---|
| Estimate Range | $134,318 – $171,629 |
| Bedrooms | 4 |
| Bathrooms | 2 |
| Living Area | 1,429 Sq feet |
| Lot Size | 8,886 Sq feet |
| Type | Single Family |
| Parcel | 203-0370-007 |
| County | Sacramento |
| Year Built | 1979 |
| Total Rooms | 7 |
| Heating | Yes |
| Cooling | Yes |
| Number of Stories | 1 |
| Legal Description | NORTH COUNTRY 01 EXC M R |

### Sales and Tax Info

| Sales History | Sales Price |
|---|---|
| 1/28/1999 | $117,000 |

Neighborhood

## Antelope, CA 95843



© 2010 Digital Map Products

🏠 Homes

Choose a topic to view as heatmap:

| None |
|---|

-advertisement-

**Home Equity Rates for 95843** Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| $30K HELOC | 4.62% | 3.74% |
| $30K home equity loan | 6.49% | 6.24% |
| $75K home equity loan | 6.24% | 6.24% |
| $50K home equity loan | 6.24% | 6.24% |
| $50K HELOC | 3.74% | 3.74% |

| 95843 | Updated 6/13/2010 |
|---|---|

Find lenders in your area

EXHIBIT L

### Property Characteristics

| | | |
|---|---|---|
| Bedrooms : 3 | Year Built : 1989 | Square Feet : 1,231 SF |
| Bathrooms : 2 | Garage : Garage  2 | Lot Size : |
| Total Rooms : | Fireplace : | Number of Units : 0 |
| Zoning : | Pool : | Use Code : Single Family Residential |
| No of Stories : | Latitude :   38.753173828125 | Longitude : -121.315933227539 |
| Building Style : | | |

### Sale Loan Info

| | | |
|---|---|---|
| Transfer Date : 12/29/2008 | Seller : GUINTINI, LYNN M | |
| Transfer Value : N/A | Document # : 2008-0099333 | Cost/Sq Feet : N/A |
| First Loan Amt : N/A | Lender : | |
| Title Company : NONE AVAILABLE | | |

| |
|---|
| Foreclosure Deed Type: Notice of Sale (aka Notice of Trustee's Sale) |
| Recording Date:  02/19/2009 |

Sold  $ 139,000

### Assessment & Tax Information

| | | |
|---|---|---|
| Assessed Value : $130,182 | Percent Improvement : 60.5% | Homeowner Exemption : H |
| Land Value : $51,427 | Tax Amount : $1,370.52 | Tax Rate Area : 5-006 |
| Improvement Value : $78,755 | Tax Account ID : | 2006 |
| Market Improvement Value : | Market Land Value : | Market Value : |
| Tax Year : 2008 | | |

Filed 06/21/10       Case 10-36150       Doc 4

L - 1

-advertisement-

Personalized Homepage    Saved Searches    Sign up    Sign in

**cyberhomes**

HOME | NEWS & ADVICE | BLOG | MAPS | MOVING | HOME FINANCE | ABOUT OUR DATA

Home Values      Roseville, CA 95747           Search options

## Refine Search

**Homes for Sale:**

☑ Include listings

☑ Include pre-foreclosures

☑ Include foreclosures

**Estimate Range:**

from $0

to $150,000

**Bedrooms:**

3+

**Bathrooms:**

2+

**Home Size:**

1,000+ sq. ft.

**Lot Size:**

from Any

to Any

**Type:**

☑ Single Family

☐ Condo/Co-op

☐ Multifamily

Reset

-advertisement-

## Homes

### Roseville, CA 95747

Showing: 1 - 5 of 5 homes      Show: 10 results per page

| Address | Estimate | Beds | Baths | Size |
|---|---|---|---|---|
| 1349 Hidalgo Cir | $161,400 | 3 br | 2 ba | 1,399 sq. ft. |
| Single Family Lot Size: – sq. ft. | | | | |
| View Comparable Homes    Track this Home | | | | |
| 1311 Hidalgo Cir | $163,482 | 3 br | 2 ba | 1,399 sq. ft. |
| Single Family Lot Size: – sq. ft. | | | | |
| View Comparable Homes    Track this Home | | | | |
| 1346 Hidalgo Cir | $146,615 | 3 br | 2 ba | 1,154 sq. ft. |
| Single Family Lot Size: – sq. ft. | | | | |
| View Comparable Homes    Track this Home | | | | |
| 1315 Hidalgo Cir | $141,328 | 3 br | 2 ba | 1,154 sq. ft. |
| Single Family Lot Size: – sq. ft. | | | | |
| View Comparable Homes    Track this Home | | | | |
| 134 Hap Arnold Loop | $177,476 | 3 br | 2 ba | 1,056 sq. ft. |
| Single Family Lot Size: – sq. ft. | | | | |
| View Comparable Homes    Track this Home | | | | |

⌂ Equal Housing Opportunity. Information is not guaranteed.

## Maps

⌂ Homes

Choose a topic to view as heatmap:

None

## Neighborhood

### Roseville, CA 95747

**Median Estimated Home Value**     About...

| | |
|---|---|
| ZIP 95747 | $293,370 |
| Roseville | $273,510 |
| California | $300,520 |

**12-month Change in Median Estimated Home Value**     About...

| | |
|---|---|
| ZIP 95747 | 4.79% |
| Roseville | 5.13% |
| California | -2.39% |

## Special Reports

**GOING GREEN**

Resources and renovation tips for making your home more earth-friendly.

**FIRST TIME HOME BUYERS**

Your first home:
Plan it, find it,
pay for it, love it

HOME OWNERSHIP    FIRST TIME HOME BUYERS    GREEN HOME    MOVING

Sponsored By:    Rates as low as 3.38%
Refinance and Save

Close

# EXHIBIT M