FILED

August 11, 2010

0092

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002845793

Steven M. Lawrence - Bar No.150861
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400, fax (714) 327-4499
157-47075-2

Attorneys for Movant, CHASE HOME FINANCE, LLC AS SERVICING AGENT TO
JPMORGAN CHASE BANK, N.A.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No.  10-36150 |
| KARIN M FRANK, | Docket Control No.: SML-1 |
| | (Chapter 11) |
| Debtor. | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **[Pursuant to Local Rule 9014-1(f)(1)]** |
| | Date:    September 20, 2010<br>Time:   9:00 a.m.<br>Place:  Courtroom 28, Department A<br>            501 I Street<br>            Sacramento. California |

**TO THE HONORABLE MICHAEL S. MCMANUS, THE DEBTOR,**

**CHAPTER 11 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

CHASE HOME FINANCE, LLC AS SERVICING AGENT TO JPMORGAN

CHASE BANK, N.A., its assignees and/or successors in interest ("Movant") submits the following

motion in support of its request for relief of the automatic stay:

The Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C.

Section 362 and 28 U.S.C. Section 157 and it is a core proceeding within the definition of 28 U.S.C.

Section 157(b).

- 1 -

1        On June 21, 2010, KARIN M FRANK (hereinafter referred to as "Debtor") filed a

2   Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern

3   District of California, Case No. 10-36150.

4        On or about January 10, 2008, CHASE BANK USA, N.A., made a loan in the

5   amount of $912,000.00 ("Loan") to Debtor.  In exchange for the Loan, Debtor executed and

6   delivered a note in the original principal amount of $912,000.00 ("Note") to CHASE BANK USA,

7   N.A. As additional consideration, and as security for repayment of the Loan, Debtor made,

8   executed, and delivered to CHASE BANK USA, N.A., as beneficiary, a Deed of Trust ("Deed")

9   dated January 10, 2008.  True and correct copies of the Note and the Deed are attached hereto as

10   Exhibits "1" and "2" and are incorporated herein by reference to the Declaration of JOSHUA

11   HERDMAN filed concurrently herewith and incorporated herein by reference.

12        The Note and the Deed were subsequently assigned to Movant.  A true and correct

13   copy of the recorded Corporate Assignment of Deed of Trust is attached as Exhibit "3" to the

14   Declaration of JOSHUA HERDMAN.

15        The Deed encumbers the property commonly known as **7420 WOODSIDE DR,**

16   **CITRUS HEIGHTS, CA  95621** ("Property").

17        Both the Note and the Deed require monthly payments of principal and interest to be

18   made by Debtor.

19        The Debtor is delinquent in making the payments required under the Note and the

20   Deed.  Payments are due from February 1, 2009 in the total amount of $157,404.38, including late

21   charges.  Further, Movant anticipates that the August 2010 payment and late charge will be due by

22   the Hearing.

23        As of July 27, 2010, the total indebtedness secured by the aforementioned Note and

24   Deed consists of an unpaid principal balance of $906,022.99.  Interest of $136,901.25 is due, plus

25   interest thereon at the rate of 9.6000% per annum.  There are additional charges in the amount of

26   $23,046.72 for Escrow Advance, $114.00 for other charges, less $4,990.48 in Debtor's Suspense,

27   plus attorneys' fees and costs.  The total amount due and owing to Movant is $1,061,094.48.  See

28   Declaration of JOSHUA HERDMAN.

o:\docs\bnk\Eastern7MFRPkg.doc  157-47075-2 /  KARIN M FRANK /

1          The total amount of liens and encumbrances known to Movant amount to

2   $1,218,549.48.

3          Movant recorded a Notice of Default on the subject property April 17, 2009 and the

4   Notice of Trustee's Sale was recorded April 5, 2010. The sale was originally scheduled for April

5   27, 2010 but was postponed.

6          Debtor has breached her obligation to Movant by failing to tender regular monthly

7   payments pursuant to the terms and provisions of the subject Note and Deed.

8          Movant requests that the Court take judicial notice of the costs of sale of real

9   property through escrow amount to eight percent (8.00%) of the purchase price. Eight percent

10  (8.00%) of $255,024.00 is $20,401.92. When the costs of sale are added, the total liens and

11  encumbrances against the property equal $1,218,549.48, thereby leaving minimal equity for the

12  benefit of the unsecured creditors of the estate.

13         Debtor's Schedules "A" and "D" indicate that the fair market value for the subject

14  property is $255,024.00. See Request for Judicial Notice filed concurrently herewith.

15         Movant desires to enforce its rights under the Note and the Deed by, among other

16  things, pursuing foreclosure proceedings. Accordingly, Movant hereby requests that the automatic

17  stay against enforcement by Movant of its rights under the Note and the Deed be terminated and

18  that Movant be permitted to proceed in enforcing its rights, including but not limited to, foreclosing

19  under the Note and the Deed as permitted by state law.

20  **WHEREFORE**, Movant prays as follows:

21  1.    The automatic stay of 11 U.S.C. §362 be terminated for cause, including lack of

22  adequate protection, so that Movant may exercise any and all rights under its Note and Deed and

23  any and all rights after the foreclosure sale, including but not limited to, the right to consummate

24  foreclosure proceedings and the right to proceed in an unlawful detainer action to obtain possession

25  of the subject property;

26  2.    All restraining orders and stay orders issued shall be dissolved forthwith;

27  3.    That the provisions of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) not

28  apply; and

o:\docs\bnk\Eastern7MFRPkg.doc 157-47075-2 / KARIN M FRANK /

4.      For such other and further relief as this Court deems proper.

Dated: August 11, 2010                    ALVARADO & ASSOCIATES, LLP

By     /s/ Steven M. Lawrence
Steven M. Lawrence, Attorneys for Movant, CHASE
HOME FINANCE, LLC AS SERVICING AGENT
TO JPMORGAN CHASE BANK, N.A.

- 4 -