2010-36150
FILED
November 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003045296

1 CHRISTOPHER M. MCDERMOTT (CA SBN 253411)
STEFANIE A. SCHIFF (CA SBN 265382)
2 ERIC J. TESTAN (CA SBN 268919)
PITE DUNCAN LLP
3 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 Facsimile: (619) 590-1385

6 Attorneys for   WELLS FARGO BANK, NA

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KARIN M. FRANK,<br><br>Debtor. | Case No. 10-36150<br><br>Chapter 11<br><br>**STIPULATION TERMINATING AUTOMATIC STAY; AND ORDER THEREON** |
| WELLS FARGO BANK, NA,<br><br>Movant,<br><br>vs.<br><br>KARIN M. FRANK,<br><br>Respondents. | |

Wells Fargo BANK, NA (hereinafter "Movant") and Debtor Karin M. Frank, by and through their respective attorneys of record, in the within matter, hereby agree to the following Stipulation Terminating Automatic Stay in regard to the real property commonly described as 3511 26th Ave, Sacramento, California 95820 (hereinafter the "Real Property"), which is more fully described in the Deed of Trust.  A true and correct copy of the Deed of Trust is attached hereto as exhibit A and incorporated herein by reference, and which is the subject of this Stipulation.

TION TERMINATING AUTOMATIC STAY

RECEIVED
November 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003045296

**IT IS HEREBY STIPULATED THAT**:

1. The automatic stay of 11 United States Code section 362 is hereby terminated, as it applies to the enforcement by Movant of all of its rights in the Real Property under the Note and Deed of Trust;

2. The Debtor claims no interest in the Subject Property and makes no claim that the automatic stay for this case attached to the Subject Property.

3. This Order shall remain binding and effective in any conversion of this case to another chapter under the bankruptcy code.

**IT IS SO STIPULATED**:

PITE DUNCAN LLP

Dated: November 2, 2010           By: /s/ Stefanie A Schiff (CA SBN 265382)
                                   STEFANIE A. SCHIFF
                                   ATTORNEYS FOR MOVANT, WELLS
                                   FARGO BANK, NA

Dated:_____           By:_____
                                   KARIN M. FRANK
                                   PRO SE

**IT IS SO ORDERED:**

Dated:_____           _____
                                   HONORABLE MICHAEL S. MCMANUS

-2-

STIPULATION TERMINATING AUTOMATIC STAY

IT IS HEREBY STIPULATED THAT:

1. The automatic stay of 11 United States Code section 362 is hereby terminated, as it applies to the enforcement by Movant of all of its rights in the Real Property under the Note and Deed of Trust;

2. The Debtor claims no interest in the Subject Property and makes no claim that the automatic stay for this case attached to the Subject Property.

3. This Order shall remain binding and effective in any conversion of this case to another chapter under the bankruptcy code.

**IT IS SO STIPULATED**:

PITE DUNCAN LLP

Dated:_____

By:_____
STEFANIE A. SCHIFF
ATTORNEYS FOR MOVANT, WELLS FARGO BANK, NA

Dated: Oct 25, 2010

By: /s/ Karin Frank
KARIN M. FRANK
PRO SE

**IT IS SO ORDERED**:

Dated: November 08, 2010

By the Court:

/s/ Michael S. McManus
Michael S. McManus
United States Bankruptcy Judge

-2-

STIPULATION TERMINATING AUTOMATIC STAY