

Karin Frank in pro se
4305 Crow Creek Drive
Colorado Springs, CO 80922
(719) 622-6053 or (916) 213-4343
(916) 671-1654 FAX
karinfrank@gmail.com
Debtor and Debtor-in-Possession

**FILED**

MAY 24 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re:

KARIN M. FRANK

    Debtor

Case No.: 10-36150
DC No.:
Chapter 11

OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Date: June 6, 2011
Time: 10:00 A.M.
Department A-Courtroom 28
Honorable Judge Michael McManus

**TO THE HONORABLE MICHAEL McMANUS, EASTERN DISTRICT OF CALIFORNIA BANKRUPTCY JUDGE:**

I, Karin Frank, ("Debtor") am opposing the Motion for Relief from Automatic Stay regarding the property known as 110 North Yolo St., Willows, CA, A.P.N.: 003-103-013-0 in Glenn County. The basis of my opposition is as follows:

    I.    THE TIME LIMITATIONS CONTAINED IN 11 U.S.C. § 362(e) ARE WAIVED.

Moving party Dimitrios Zahariudakis ("Movant") has served and filed this Motion for Relief from Automatic Stay (the "Motion") on May 10, 2011, which has provided less than 28 days of notice. Pursuant to Local Rule 9014-1(f)(2)(ii), this is deemed a waiver of the time limitations contained in 11 U.S.C. § 362(e).

II.  THE MOTION SHOULD BE DENIED BECAUSE DEBTOR KARIN FRANK DOES NOT AND NEVER HAS HELD ANY INTEREST OF ANY KIND WHATSOEVER IN THE REAL PROPERTY HERE AT ISSUE AND DOES NOT AND NEVER HAS HELD ANY OBLIGATION FOR ANY DEBT SECURED BY THE SAME REAL PROPERTY AND/OR OWED TO MOVANT, AND THUS MOVANT IS NOT AND NEVER WAS A PARTY-IN-INTEREST IN THIS CASE AND THEREBY LACKS ANY STANDING TO BRING THIS MOTION.

The Movant and his attorney have erroneously asserted Karin Frank as a debtor on their asserted debt, when in fact I was merely, at one time in the past, long before the date of the petition and initiation of this case, the trustee for a trust entity (the "Trust") which at that time owned the property here brought at issue (EXHIBIT A).  The Trust is not a debtor in this case, nor in any bankruptcy case of which I am aware.  I resigned as trustee and terminated all relationships with the Trust and all other persons and entities affiliated or associated with the Trust long before filing this petition to initiate this case, the Trust is not an affiliate or partner or associate of any kind whatsoever in this case or of Karin Frank.  Karin Frank has never had any interest or financial obligation of any kind whatsoever in the subject property or in any debt secured by the subject property.

The property at issue is properly not scheduled on Schedule A, due to the fact that I do not and at any time have ever owned any interest of any kind in this property.  Any debt secured by the property at issue is properly not scheduled on Schedule D (or any other schedule), due to the fact Karin Frank does not and at no time ever has held any debt or obligation of any kind secured by this property.

During the time Karin Frank did serve as a trustee for the Trust, I stepped in as a trustee to oversee the rehabilitation of the subject property for the trustor of the Trust.  Karin Frank herself was never grantor or trustor, and certainly was never a debtor or a guarantor for this loan now at issue.  I merely distributed the monies as directed by the trustor, without any enrichment by this transaction and/or for services performed as trustee.  The Trust paid a full year's worth of interest in advance.  Thereafter, when the trustor was not able to make the ongoing monthly payments, Karin Frank deeded the property back to Mr. Zahariudakis ("Movant") (EXHIBIT B) as my last act as trustee (in 2009) and immediately thereafter resigned as trustee.

- 2 -

Movant indicates an intent to pursue a judicial foreclosure, presumably for the purpose of pursuing a deficiency judgment, the one typical reason for opting for the more costly and burdensome judicial foreclosure (rather than a non-judicial foreclosure). If the Movant wishes to foreclose, it is my position he should simply do so, that is foreclose on the trust entity which actually holds title to the property at issue and owes the debt here at issue. Neither this Trust, the property here at issue, or the debt here at issue are in any manner whatsoever part of this bankruptcy estate or bankruptcy proceeding, making the automatic stay that issued with the commencement of this case entirely inapplicable. This request for a relief from stay is entirely unnecessary, and thus this Motion is moot.

For all the foregoing reasons, Movant's allegations that "pursuant to the terms and conditions of the Note and Deed of Trust, [Karin Frank is] obligated to make monthly payments in the amount of $3,360 on the first day of each month" and "[Karin Frank] has defaulted under the terms and conditions of the Note and Deed of Trust in that [Karin Frank] failed to make all monthly payments due, and is delinquent about 36 months" are entirely and absolutely false. Karin Frank is concerned that an Order for Relief from Stay resulting from this Motion will create a false appearance that Karin Frank is a debtor or in any way obligated on this "Note and Deed of Trust," which in turn may be erroneously interpreted as evidence in a subsequent state court judicial foreclosure / deficiency judgment proceeding.

The moving party is not and never was a party-in-interest in this case and therefore lacks standing to bring this motion, granting of this motion may create the false appearance that Karin Frank is or was a debtor or in any way obligated under the debt at issue here, I respectfully requests the court deny this motion. .

Dated this 23rd day of May 2011.

*/s/ Karin Frank*

Karin Frank in pro se

**RECORDING REQUESTED BY:**
Chicago Title Company
Escrow No.: 07-64602753-SMM
Locate No.: CAIND0000-7734-4646-
Title No.:

**When Recorded Mail Document To:**
Dimitrios S. Zaharduidakis
933 Edwards Avenue #7
Santa Rosa, CA 95401

```
2007-2821
Recorded at the request of
NORTH STATE TITLE CO
05/09/2007 02:32P
Fee:   32.00 No of Pages:7

OFFICIAL RECORDS
Vince T Minto Clerk-Recorder
Glenn County, CA
```

APN: 003-103-013-0

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

**THIS DEED OF TRUST**, made May 8, 2007 , between
**FRANK NELSON FAMILY TRUST, KARIN FRANK TRUSTEE**

, herein called **TRUSTOR**, whose address is

**8024 Renton Way**
**Willows, CA 95988,**

**Chicago Title Company, a California Corporation**, herein called **TRUSTEE**, and
**Dimitrios S. Zaharduidakis**

, herein called **BENEFICIARY**,

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Glenn County, California, described as:

See attached legal description

    **Balloon Payment:** This Note is subject to Section 2966 of the Civil Code, which provides that the holder of this Note shall give written notice to the Trustor, or his successor in interest, of prescribed information at least 90 and not more than 150 days before any balloon payment is due.

    **Due on Sale (Acceleration):** If the Trustors shall sell, convey, or alienate said property or any part thereof, or any interest therein, or shall be divested of their title in any manner or way, whether voluntarily or involuntarily, any indebtedness or obligation secured hereby, irrespectively of the maturity date expressed in any note evidencing the same, at the option of the holder hereof and without demand or notice, shall immediately become due and payable.

    **Late Charge:** In the event that any payment, or any portion thereof, due hereunder is not received by the Payee within 10 days after the due date thereof, the undersigned agrees to pay to Payee, in addition to the regular monthly payment, a late charge of Ten (10%)%.

    **Prepayment Penalty:** If within the first 6 months after execution of the Note, I/we make any prepayment within any 6 month period, the total amount of which exceeds eighty percent (80%) of the original principal amount of this loan, I/we will pay a prepayment charge in an amount equal to the payment of 180 days' advance interest.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

INITIALS: _____  _____  _____  _____

FD-221B (Rev. 9/94)                SHORT FORM DEED OF TRUST                Page 1
(deedoft)(07-06)


2007-2821

**For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the Indebtedness evidenced by one Promissory Note of even date herewith, and any extension or renewal thereof, in the principal sum of **$336,000.00** executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

INITIALS: _[signature]_

APN: 003-103-013-0

**To Protect the Security of this Deed of Trust, Trustor Agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 348 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 689 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| El Dorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 184 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glenn | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 527 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2 Book 1961, Page 183887 | | | | |

which provisions, identical in all counties, (printed on the attached unrecorded pages) are hereby adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that Trustor will observe and perform said provisions; and that the references to property, obligations and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

DATED: May 8, 2007

STATE OF CALIFORNIA
COUNTY OF Sacramento
ON May 8, 2007 before me, J M Soong Notary Public
(here insert name and title of the officer), personally appeared Karin Frank

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature _____ (Seal)

FRANK NELSON FAMILY TRUST, KARIN FRANK TRUSTEE

Karin Frank, Trustee

J. M. SOONG
Commission # 1420357
Notary Public - California
Santa Clara County
My Comm. Expires May 26, 2007

INITIALS: ____

FD-221B (Rev. 9/94)   SHORT FORM DEED OF TRUST   Page 3
(deedoft)

2007-2821
Pg: 3/7

# CHICAGO TITLE
### INSURANCE COMPANY

## Selected Property
**Owner:** ZARDUKAS, DEMITRIOS
**Address:** 110 N YOLO ST
**City/State/Zip:** WILLOWS CA 95988
**APN:** 003-10-3-013



## Report Options
Choose one of the options below for your printable report
Customize your Report

### Complete Report
### Email Report
### Complete Report(Spanish)

### Print Individual pages

### Traditional Property Profile Reports
Profile Cover Sheet
Transaction History
Detailed Comparable Sales
Quick Comparable Sales
Nearby Neighbors
Plat Map

Document Request Form

## Select New Property

## Customize Your Report
You may customize the content of your printable report by changing the options below and clicking the Update button

### USER PROFILE:
First Name: Karin
Last Name: Frank
Address: 7420 Woodside Drive
City: Citrus Heights
State: California
Zip: 95621
Phone: 9167608420
Fax:
Email: karinmfrank@yahoo.c

### PREPARED FOR:
Name:
Company:
Address:

City, State & Zip:


# Property History

110 N YOLO ST, WILLOWS, CA, 95988- 3141

## Prior Transfer

| | | | |
|---|---|---|---|
| **Recording Date** | 09/08/2009 | **Document #** | 2009-4275 |
| **Price** | N/A | **Document Type** | Grant Deed |
| **First TD** | N/A | **Type of Sale** | Price as "0", "None", "No Consideration" |
| **Mortgage Doc #** | | **Interest Rate** | |
| **Lender Name** | | | |
| **Buyer Name** | ZARDUKAS, DEMITRIOS | **Seller Name** | FRANK NELSON FAMILY TRUST, ; FRANK, KARIN |
| **Buyer Vesting** | N/A | | |

**Legal Description :** Lot: 6-8  Block: 32  Map Ref: MAP2 PG220 City/Muni/Twp: WILLOWS

## Mortgage Record

| | | | |
|---|---|---|---|
| **Recording Date** | 05/09/2007 | **Document #** | 2007-2821 |
| **Loan Amount:** | $336,000 | **Loan Type** | Balloon |
| **TD Due Date** | | **Type of Financing** | |
| **Lender Name** | DIMITRIOS S ZAHARDUIDAKIS | | |
| **Lender Type** | Private Party | **Vesting** | Family Trust |
| **Borrowers Name** | FRANK NELSON FAMILY TRUST,; FRANK,KARIN | | |

**Legal Description :** Lot: 6-8  Block: 32 City/Muni/Twp: WILLOWS

## Prior Transfer

| | | | |
|---|---|---|---|
| **Recording Date** | 11/01/2006 | **Document #** | 2006-7611 |
| **Price** | N/A | **Document Type** | Grant Deed |
| **First TD** | N/A | **Type of Sale** | Price as "0", "None", "No Consideration" |
| **Mortgage Doc #** | | **Interest Rate** | |
| **Lender Name** | | | |
| **Buyer Name** | FRANK NELSON FAMILY TRUST, ; FRANK, KARIN | **Seller Name** | NELSON, LEE R; NELSON, JUDITH L; THE NELSON REVOCABLE LIVING TRUST |
| **Buyer Vesting** | Family Trust | | |

**Legal Description :** Lot: 6-8  Block: 32  Map Ref: MAP2 PG220 Abbreviated Description: PITTSBURGH ADDITION & RESUB BLKS23&24 City/Muni/Twp: WILLOWS



**First American Title**

110 N YOLO ST
WILLOWS, CA 95988
003-10-3-013-0

# Property Profile Report

## Property Information

| | | | |
|---|---|---|---|
| Owner(s): | ZARDUKAS DEMITRIOS | Parcel#: | 003-10-3-013-0 |
| Property: | 110 N YOLO ST WILLOWS, CA 95988 | Map Coord: | : |
| Mailing: | 933 EDWARDS AVE #7 SANTA ROSA CA 95401 | Census Tract: | 0104.00 |
| Owner Ph: | | County: | GLENN |
| Legal: | RESUB WIL-LS 6 THRU 8 BLK 32 | | |
| Lot #: | | | |

## Characteristics

| | | | | | | |
|---|---|---|---|---|---|---|
| Use: | RESIDENTIAL (NEC) | Year Built: | | Sq. Feet: | | 3732 |
| Zoning: | | Lot Size: | 12135sq (.2786) | # of Units: | | |
| Bedrooms: | | Bathrooms: | | Fireplace: | | |
| # Rooms: | | Quality: | | Heating: | | |
| Pool/Spa: | N | Air: | | Style: | | |
| Stories: | 2 | Improvements: | | Parking: | | |
| Flood: | B | Gross Area: | 3732 | Garage Area: | | |
| Basement Area: | | | | | | |

## Property Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Sale Date: | 7/16/2004 | * $/Sq. Ft. | $30.00 | 2nd Mtg. | N/A |
| Estimated Sale Price: | $115,000.00 | 1st Loan: | N/A | Prior Sale Amt: | |
| Doc No: | 4812 | Loan Type: | N/A | Prior Sale Dt: | |
| Doc Type: | INDIVIDUAL GRANT DEED | Xfer Date: | 7/21/2004 | Prior Doc No: | |
| Seller: | FIRST STHRN BAPTIST CH OF WILLOWS | Lender: | N/A | Prior Doc Type: | |

* $/Sq Ft. is a calculation of Estimated Sale Price divided by Sq. Feet

## Tax Information

| | | | |
|---|---|---|---|
| Imp Value: | $60,000.00 | Exemption: | |
| Land Value: | $40,000.00 | Tax Year/Area: | 2010/002001 |
| Total Value: | $100,000.00 | Tax Value: | $100,000.00 |
| Tax Amount: | $1,026.14 | Improved: | 60.0 % |

Information compiled from various sources and is deemed reliable but not guaranteed.



**First American Title**

110 N YOLO ST
WILLOWS, CA 95988
003-10-3-013-0

**Transaction History Report**

### History Record #: 1
**SALE:**
| | | | |
|---|---|---|---|
| Sale Recording Date: | 09/08/2009 | Sale Price: | $NaN |
| Sale Date: | 08/26/2009 | Sale Price Type: | PARTIAL |
| Rec. Document #: | 4275 | | |
| Document Type: | DEED IN LIEU OF FORECLOSURE | | |
| Title Company: | | | |
| Buyer: | ZARDUKAS DEMITRIOS | | |
| Seller: | NELSON FRANK FAMILY TRUST | | |

### History Record #: 2
**FINANCE:**
| | | | |
|---|---|---|---|
| Mtg Recording Date: | 05/09/2007 | Mtg Transfer Type: | REFI |
| Mtg Document #: | 000000002821 | Mtg Rate Type: | |
| Lender: | | Mtg Term: | |
| Loan Amount: | $336,000.00 | Mtg Rate: | |
| Borrower 1: | NELSON FRANK FAMILY TRUST | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

### History Record #: 3
**SALE:**
| | | | |
|---|---|---|---|
| Sale Recording Date: | 11/01/2006 | Sale Price: | $NaN |
| Sale Date: | 10/12/2006 | Sale Price Type: | UNKNOWN |
| Rec. Document #: | 7611 | | |
| Document Type: | GRANT DEED | | |
| Title Company: | TITLE COURT SERVICE | | |
| Buyer: | NELSON FRANK FAMILY TRUST | | |
| Seller: | NELSON TRUST | | |

### History Record #: 4
**SALE:**
| | | | |
|---|---|---|---|
| Sale Recording Date: | 07/24/2006 | Sale Price: | $271,405.00 |
| Sale Date: | 07/11/2006 | Sale Price Type: | |
| Rec. Document #: | 5232 | | |
| Document Type: | TRUSTEE'S DEED | | |
| Title Company: | GLENN COUNTY TITLE CO. | | |
| Buyer: | NELSON TRUST | | |
| Seller: | | | |

### History Record #: 5
**FINANCE:**
| | | | |
|---|---|---|---|
| Mtg Recording Date: | 05/24/2005 | Mtg Transfer Type: | REFI |
| Mtg Document #: | 000000003709 | Mtg Rate Type: | FIXED |
| Lender: | PRIVATE INDIVIDUAL | Mtg Term: | |
| Loan Amount: | $35,000.00 | Mtg Rate: | |
| Borrower 1: | RAMINVEST LLC | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

### History Record #: 6
**SALE:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | 07/21/2004 | Sale Price: | $115,000.00 |
| Sale Date: | 07/16/2004 | Sale Price Type: | FULL |
| Rec. Document #: | 4812 | | |
| Document Type: | INDIVIDUAL GRANT DEED | | |
| Title Company: | NORTH STATE TITLE CO. | | |
| Buyer: | RICHTER GROUP LLC | | |
| Seller: | FIRST STHRN BAPTIST CH OF WILLOWS | | |

**FINANCE:**

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 07/21/2004 | Mtg Transfer Type: | RESALE |
| Mtg Document #: | 0000000004813 | Mtg Rate Type: | FIXED |
| Lender: | FIRST STHRN BAPTIST CH/BALDWIN | Mtg Term: | |
| Loan Amount: | $75,000.00 | Mtg Rate: | |
| Borrower 1: | RICHTER GROUP LLC | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

Information compiled from various sources and is deemed reliable but not guaranteed.