

```
Karin Frank in pro se
4305 Crow Creek Drive
Colorado Springs, CO 80922
(719) 622-6053 or (916) 213-4343
(916) 671-1654 FAX
karinfrank@gmail.com
Debtor and Debtor-in-Possession
```

FILED

MAY 24 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re:

KARIN M. FRANK

    Debtor

Case No.: 10-36150
DC No.
Chapter 11

DECLARATION REGARDING
THE REQUEST FOR JUDICIAL
FORECLOSURE

**Date: June 6, 2011**
**Time: 10:00 a.m.**
Department A-Courtroom 28
Honorable Judge McManus

### DECLARATION REGARDING

### MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE MICHAEL McMANUS, EASTERN DISTRICT OF CALIFORNIA BANKRUPTCY JUDGE:

    I, KARIN FRANK, declare under penalty of perjury, that I am filing this declaration in opposition to the Motion for Relief from Automatic Stay regarding the property known as 110 No Yolo St., Willows, CA A.P.N.: 003-103-013-0 in Glenn County.

///

///

1. On May 8, 2007, the Frank Nelson Family Trust, Karin Frank, Trustee, executed a Promissory Note in favor of Dimitrios Zaharduidakis in the amount of $336,000 for the purchase of the property known as 110 North Yolo St. As shown on the deed of trust (EXHIBIT A) the attorney has erroneously named me as the debtor, the trust deed unequivocally shows I was only the trustee for this property.

2. As shown in (EXHIBIT B) Movant was or is already on title.

3. All funds were dispersed as directed by the trustor. As trustee I did not spend these funds on any of my personal expenses. Hence I was not enriched by this transaction.

4. The subject property is not and was never vested in my name, it has never belonged to me and does not belong in this bankruptcy proceeding.

5. The subject note and deed of trust are not and were never vested in my name, their obligations have never belonged to me, and thus they do not belong in this bankruptcy proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of May 2011.

*/s/ Karin Frank*

Karin Frank in pro se
4305 Crow Creek Drive
Colorado Springs, CO 80922
(719) 622-6053 or (916) 213-4343
(916) 671-1654 FAX
karinfrank@gmail.com
Debtor and Debtor-in-Possession